# GM HOURLY PENSION PLAN

Payment Type: Installment
Advice Number: 00607058009
Advice Date: October 1, 2014



**Funding Breakdown**
HOURLY PENSION PLAN $1,005.73

**EVERLYN DAVIS**
*Questions? Please call 1-800-489-4646*

| Description | Current | Year to Date |
|---|---|---|
| GROSS PAYMENT | $1,005.73 | $6,034.38 |
| FED WITHHOLDING | $48.91 | $195.64 |
| RET MED ADJ | $0.00 | $32.00 |

| Description | Current | Year to Date |
|---|---|---|
| TAXABLE | $1,005.73 | $6,034.38 |
| RET MED DEDUCT | $32.00 | $160.00 |
| AL STATE TAX | $27.84 | $111.36 |
| NET PAYMENT | $896.98 | $5,535.38 |

Did you know that you can now view and update your pension payment information online? Go to (gmbenefits.com) to view your pension payment history, change direct deposit elections and change federal and state withholding, where allowed by law.

## DIRECT DEPOSIT CONFIRMATION
Your net pension payment has been direct deposited to your account ending 6534

**Fidelity Investments**
P. O. Box 673010
Dallas, TX 75267-3010

SEE REVERSE SIDE FOR OPENING INSTRUCTIONS



DB038404-203    4NH5A050203

PRESORT
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
FIDELITY
INVESTMENTS
45277

EVERLYN DAVIS
2559 COUNTY RD 10
TUSKEGEE, AL  36083