ALMB 1 (08/2011)

# United States Bankruptcy Court
## Middle District of Alabama

In re  EVERLYN A DAVIS  
Debtor(s)

Case No. _____  
Chapter  13

## DECLARATION RE: ELECTRONIC FILING OF PETITION, SCHEDULES & STATEMENTS

### PART I - DECLARATION OF PETITIONER

I [We] __EVERLYN A DAVIS__ and _____ the undersigned debtor(s), *hereby declare under penalty of perjury* that the information I have given my attorney and the information provided in the electronically filed petition, statements, and schedules is true and correct. I consent to my attorney sending my petition, this declaration, statements and schedules to the United States Bankruptcy Court. I understand that this DECLARATION RE: ELECTRONIC FILING is to be filed with the Clerk once all schedules have been filed electronically but, in no event, no later than 15 days following the date the petition was electronically filed. I understand that failure to file the signed image of this DECLARATION will cause my case to be dismissed without further notice.

■  [If petitioner is an individual] I am aware that I may proceed under chapter 7, 11, 12 or 13 of Title 11 United States Code and understand the relief available under each such chapter. I request relief in accordance with the chapter specified in this petition. I declare under penalty of perjury that I have read and signed a completed Form B21 Statement of Social Security Number, and that the information on the form is true and correct.

☐  [If petitioner is a corporation or partnership] I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in this petition.

■  [If petitioner files an application to pay filing fees in installments] I certify that I completed an application to pay the filing fee in installments. I am aware that if the fee is not paid within 120 days of the filing date of filing the petition, the bankruptcy case may be dismissed and, if dismissed, I may not receive a discharge of my debts.

Dated:  *10/28/14*

Signed:  */s/ Everlyn A. Davis*  
EVERLYN A DAVIS  
Applicant

_____  
Joint Applicant

### PART II - DECLARATION OF ATTORNEY:

I *declare under penalty of perjury* that I have reviewed the above debtor's petition and that the information is complete and correct to the best of my knowledge. The debtor(s) will have signed this form before I submit the petition, schedules, and statements. I will give the debtor(s) a copy of all forms and information to be filed with the United States Bankruptcy Court. I further declare that I have examined the above debtor's petition, schedules, and statements and, to the best of my knowledge and belief, they are true, correct, and complete. If an individual, I further declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of Title 11, United States Code, and have explained the relief available under each such chapter. In an individual, I further declare that the debtor(s) have read and signed a completed Form B21 Statement of Social Security Number, and that I shall retain the form for a period of one (1) year following the closing of the case. This declaration is based on all information of which I have knowledge.

Dated:  *10/3/14*

Signed:  */s/ David Weston*  
David Weston  
Attorney for Debtor(s)

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy